UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN MOORE,<br><br>            Plaintiff,<br><br>  v.<br><br>TRIMARK BRONSON WAY LLC,<br><br>            Defendant. | No. C23-1855-SKV<br><br>**STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## STIPULATED MOTION FOR DISMISSAL OF ACTION

Counsel for Plaintiff and Defendants now represent and stipulate that this matter should be dismissed with prejudice and without costs or fees to any party. Dkt. 11. This matter has settled in its entirety and should therefore be removed immediately from this Court's docket as a result.

DATED this 15th day of April 2024.

| | |
|---|---|
| /s/ **Seth Millstein**  *{via email agreement with counsel for Defendant}*<br>Seth Millstein, WSBA #34627<br>Attorneys for Defendants<br>seth@pillar-law.com<br>Ph: 206.724.0200 | */s/ Peter Barnett*<br>Peter Barnett, WSBA #50945<br>Attorney for Plaintiff<br>peter@peterbarnettlaw.com<br>Ph: 425.298.3922 |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 1 of 2

:: PILLAR LAW PLLC ::
1601 FIFTH AVE • SUITE 1800
SEATTLE, WASHINGTON 98101
P: (206) 724- 0200

# **O R D E R**

The parties having stipulated as set forth above, and the Court being fully advised, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED WITH PREJUDICE, having settled in its entirety and should therefore be removed immediately from this Court's docket as a result.

DATED this 16th day April, 2024.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

*Jointly Drafted and Presented by:*

| | |
|---|---|
| **/s/ Seth Millstein** *{via email agreement with counsel for Defendant}*<br>Seth Millstein, WSBA #34627<br>Attorneys for Defendants<br>seth@pillar-law.com<br>Ph: 206.724.0200 | */s/ Peter Barnett*<br>Peter Barnett, WSBA #50945<br>Attorney for Plaintiff<br>peter@peterbarnettlaw.com<br>Ph: 425.298.3922 |

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2 of 2

:: PILLAR LAW PLLC ::
1601 FIFTH AVE • SUITE 1800
SEATTLE, WASHINGTON 98101
P: (206) 724- 0200